1454-14

COA # 08-12-00292-CR     OFFENSE: 28.02

STYLE: Roy Robertson Mallard Jr. v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION: AFFIRMED     TRIAL COURT: 213th District Court

DATE: 9/24/14     Publish: NO     TC CASE #: 1216298D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Roy Robertson Mallard Jr. v. The State of Texas     CCA #: _____

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: 02/11/2015     SIGNED: _____     PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____     DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____